IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCELLOUS L. WALKER, DANIEL
ARENDS, FREDICK LEE PHARM,
SHERMELL TABOR, EDWIN JONES,
BRANDEN SUSTMAN and JOSHUA ROGERS,

                          Petitioners,

    v.

KEVIN R. HAYDEN, DHFS Secretary
and BRYAN BARTOW, WRC Director,

                          Respondents.

ORDER

08-cv-18-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered in this case on February 12, 2008, I stayed a decision whether to grant petitioners leave to proceed in forma pauperis in this action and gave them until March 4, 2008, in which to submit resident trust fund account statements for the period beginning approximately July 1, 2007 and ending approximately January 1, 2008. In the same order, I told petitioners that any petitioner who failed to submit the required statement would be considered to have withdrawn from the lawsuit voluntarily and dismissed from the case. Now, petitioners Walker, Pharm, Jones and Tabor have submitted correspondence dated

1

February 29, 2008, in which they ask to be dismissed from the case. The remaining petitioners (Arends, Sustman and Rogers) have done nothing in response to the court's order. Therefore, I consider that all of the petitioners have withdrawn from this case voluntarily. The clerk of court is directed to close this file.

Entered this 7th day of March, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2